IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JAMES McHUGH CONSTRUCTION CO., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 16-1099 |
|  | * | |
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA, | * | |
| Defendant. | * | |

******

**ORDER**

In accordance with the foregoing Memorandum Opinion, it is this 20th day of December, 2016 hereby ORDERED that:

1. The Motion for Summary Judgment filed by Plaintiff JAMES McHUGH CONSTRUCTION COMPANY (ECF No. 6) BE, and the same hereby IS, DENIED.

2. The Cross-Motion for Summary Judgment filed by Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (ECF No. 33) BE, and the same hereby IS, GRANTED;

3. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

/S/
PAULA XINIS
United States District Judge